Harmon WILLIAMS *v.* STATE of Arkansas

CR 02-1075                                             89 S.W.3d 933

Supreme Court of Arkansas
Opinion delivered November 21, 2002

*David Mark Gunter,* for appellant.

No response.

P ER CURIAM. Appellant, Harmon Williams, by and through his attorney, David Mark Gunter, has filed a motion for rule on clerk to lodge the record in this appeal. Because the record was tendered later than the seven months from the date of judgment, we treat his motion as one for a belated appeal. *See* Ark. R. App. P.—Crim. 4; Ark. R. App. P.—Civ. 5. Attorney Gunter states in the motion that he accepts full responsibility for tendering the record beyond the seven-month period for filing. He further admits that he should have filed a partial record and moved for an extension of time before the seven months from date of judgment ran.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.